**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No.  15-cr-00229-JLK-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ERIC EUGENE HARRISON,

        Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO ORIGINAL EXPIRATION DATE**

---

On June 12, 2015, the defendant, pro se, submitted a motion for early termination of supervised release (Doc. 2).  After considering the defendant's compliance with the conditions of supervision, the Court is satisfied that termination is warranted by the conduct of the defendant and in the interest of justice.  Accordingly, it is

ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

DATED at Denver, Colorado, this 17th day of June, 2015.

BY THE COURT:

s/ John L. Kane_____
John L. Kane
Senior United States District Judge